UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYANN GOMEZ, | CASE NO. CV 07-07014 MMM (RCx) |
| Plaintiff, | |
| vs. | JUDGMENT FOR DEFENDANTS |
| GUESS, INC., A CORPORATION; GUESS? INC. GROUP LONG TERM DISABILITY INSURANCE PROGRAM; and DOES 1 through 10, | |
| Defendants. | |

On July 31, 2008, the court granted defendants' motion to dismiss the second amended complaint with prejudice. Accordingly,

IT IS ORDERED AND ADJUDGED

    1. That plaintiff takes nothing by way of her complaint against defendants; and

    2. That the action be, and it hereby is, dismissed.

DATED: July 31, 2008

                                          MARGARET M. MORROW
                                          UNITED STATES DISTRICT JUDGE